UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Annabel Lee,

        Plaintiff,

v.                                                                  Civil No. 04-3122 (JNE/JSM)
                                                                ORDER

Wyeth, Inc., and Wyeth Pharmaceuticals, Inc.,

        Defendants.

On March 29, 2012, the Court ordered the parties to file briefs that address whether this action should be transferred to another district pursuant to 28 U.S.C. § 1404(a) (2006) (amended 2011) and, if transfer is appropriate, to which district it should be transferred.  Plaintiff responded that the action should be transferred pursuant to § 1404(a) to the United States District Court for the Central District of California.  Defendants stated that they "will not oppose transfer of this action to Plaintiff's home district, the Central District of California, but preserve their objections to transfer."  Accordingly, the Court transfers this action to the Central District of California pursuant to § 1404(a).

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

    1.    This action is transferred to the United States District Court for the Central District of California for further proceedings.

    2.    The Clerk of Court is directed to effect the transfer.

Dated: April 16, 2012

                                                                    s/ Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge